### Affidavit in Support of Criminal Complaint
### for Edduar Ronald Morataya MARROQUIN

I, Special Agent Donald L. Moore, Jr., Homeland Security Investigations (HSI), being duly sworn, deposes and says:

### Introduction

1. I am an investigative or law enforcement officer of the United States (U.S.) within the meaning of Section 2510(7) of Title 18, United States Code, and empowered by law to conduct investigations and to make arrests for offenses enumerated in Title 8, United States Code Section 1546 (a).

2. I am a Special Agent with HSI. I have been employed with HSI since September 2025. Additionally, I have successfully completed the Criminal Investigator Training Program and the HSI Special Agent Training at the Federal Law Enforcement Training Center in Glynco, Georgia, where training was conducted relevant to these types of investigations. I am currently assigned to the HSI Louisville, Kentucky field office.

3. This affidavit is based upon my personal knowledge and upon information reported to me by federal and local law enforcement officers and others with knowledge of the case. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

4. I have not included every fact that has been revealed through the course of this investigation. I have set forth only the facts that are believed to be necessary to establish probable cause for the issuance of an arrest warrant.

**Results of Investigation**

5.	On April 19, 2026, a Nelson County Sherrif's Office Deputy observed a silver 2001 Toyota Tacoma traveling on New Shepherdsville, Road (Highway 245) in Bardstown, Kentucky, which is within the Western District of Kentucky.

6.	The Deputy observed the vehicle cross onto the shoulder four times and over the center line five times, prompting a traffic stop. The Deputy learned during the stop that the driver did not possess an operator's license. Instead, the driver presented two forms of identification. The first item bearing the name "Edduar Marroquin", was later determined to be a counterfeit social security card bearing number "XXX-XX-3258". The second item, which displayed a photograph of the driver and featured "United States of America Permanent Resident" printed on the front, was identified as a fraudulent Permanent Resident Card (commonly known as a "green card"). The card contained the name "Edduar Marroquin," a date of birth of January 28, 2001, and listed the Alien Registration Number (A-Number) "510-894-732". A query of law enforcement databases revealed that this A-Number does not correspond to any lawful permanent resident or applicant and is not linked to any individual. A Permanent Resident Card is an identification document issued by U.S. Citizenship and Immigration Services (USCIS), a component of the Department of Homeland Security, to non-citizens who have been lawfully granted permission to reside permanently in the United States. It is used to prove lawful permanent resident status, to obtain employment, and to re-enter the United States after travel aboard.

7.	After a review of multiple law enforcement databases, the driver was identified as Edduar Ronald Morataya MARROQUIN (hereinafter MARROQUIN), date of birth March 28, 2001, A-Number 222 512 542. MARROQUIN was booked into the Nelson County Detention Center on April 19, 2026, after being arrested by the Nelson County Sheriff's Deputy for Careless Driving,

No Operators-Moped License, and Criminal Possessing of Forged Instrument in the 2nd Degree. A detainer was subsequently issued to the Nelson County Detention Center by Immigration Customs Enforcement (ICE). On April 20, 2026, MARROQUIN was released from the Nelson County Detention Center and immediately remanded to ICE custody.

8.     On July 16, 2026, I contacted the Social Security Administration of the Inspector General regarding the social security number used by MARROQUIN. They advised that social security number "XXX-XX-3258" does not belong to MARROQUIN.

9.     I reviewed body camera footage "KY-NCSO_Inactive_20260419022350_INT_KY-NCSO_____26_20260419022350_AA_N0015" of the traffic stop and observed at the 4 minute and 11 second mark, the Nelson County Sheriff's Deputy stating the two documents presented by MARROQUIN appeared to be fake. MARROQUIN subsequently confirmed the cards were fake and provided to him by his employer.

10.    I reviewed Department of Homeland Security immigration databases, which confirmed MARROQUIN is a Guatemalan citizen who entered the United States illegally. MARROQUIN was assigned A-Number 222 512 542, which did not match the A-Number from the fake "green card" he possessed during the traffic stop. His biometrics were a positive match for the following immigration history:

     a.     On May 10, 2021, MARROQUIN was apprehended by a United States Border Patrol Agent near Laredo, TX, for being an alien present in the United States without admission or parole after he illegally entered the United States.

     b.     MARROQUIN was given Title 42 voluntary returns on the following four dates: 09/19/2021, 09/27/2021, 09/28/2021, and 11/07/2021.

11.     MARROQUIN does not have permanent resident alien status and has no pending benefits with USCIS.

12.     Based on the above information, I believe there is probable cause to conclude that Edduar Ronald Morataya MARROQUIN, violated 18 U.S.C. § 1546(a), by knowingly possessing an immigration document prescribed by statute or regulation as evidence of authorized stay or employment in the United States, that is a falsely made United States Permanent Resident card (green card), which MARROQUIN knew was falsely made.

*Donald L. Moore, Jr.*
Donald L. Moore, Jr., Special Agent
Homeland Security Investigations
Louisville, Kentucky

Sworn to me telephonically pursuant to Fed. R. Crim. P. 4.1 this 21st day of July 2026.

Colin H Lindsay, Magistrate Judge
United States District Court